Alexander E. Ackel, State Bar No. 311015
Kenneth R. Friedman, Admitted Pro Hac Vice
FRIEDMAN | RUBIN, PLLP
1109 First Avenue, Suite 501
Seattle, WA  98101
(206) 501-4446

Ross Bozarth, State Bar No. 179171
Guenard & Bozarth, LLP
8830 Elk Grove Boulevard
Elk Grove, CA 95624
(916) 714-7672
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSA STONE, an individual<br><br>Plaintiff,<br><br>v.<br><br>ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, a Foreign Corporation,<br><br>Defendant. | No.  2:24-cv-01334-KJM-AC<br><br>**ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** |

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, ELISSA STONE is granted leave to amend to file her First Amended Complaint for Damages, a copy of which is attached hereto as Exhibit A.

IT IS SO ORDERED.

Dated:  October 1, 2024

U.S. District Judge

ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
Page 1 of 2

FRIEDMAN | RUBIN® PLLP
1109 FIRST AVE., SUITE 501
SEATTLE, WA 98101-3614
(206) 501-4446